United States District Court
Southern District of Texas
**ENTERED**
February 09, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABEL MARRERO NODA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-00128 |
| | § | |
| WILLIAM BARR, ET AL., | § | |
| Respondents. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15). The R&R recommends this Court (1) deny Abel Marrero Noda's ("Petitioner") "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition") (Dkt. No. 1), (2) grant William Barr, et al.'s ("Respondents") "Motion to Dismiss" ("MTD") (Dkt. No. 12), and (3) direct the Clerk of Court to close this case.

Objections were due February 3, 2021. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Petitioner's Petition (Dkt. No. 1) is **DENIED**, and Respondents' MTD (Dkt. No. 12) is **GRANTED**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 9th day of February, 2021.

Rolando Olvera
United States District Judge